# ROBERT D. LOVENTHAL
# LAW OFFICES

**145 Morris Lane Unit D 101**
**Lake Forest Illinois 60045**
Telephone (617) 501-8285
Email: RDLLAW99@aol.com

February 14, 2024

Honorable M. David Weisman
United States District Court
Northern District of Illinois

RE: 1:22-cv-02033
    Del Guidice v. All State Insurance

Dear Judge Weisman:

    Pursuant to your order of February 8, 2024, concerning the aem please be advised as follows:

1. Please accept my apology for not appearing at the latest status conference. My absence was due to a defective schedule that has now been taken care of.
2. Since the date of the order, I have tried to reach Mr. Ruda several times to no avail.
3. The Plaintiff has no objection to your setting a scheduling order that is appropriate for a case of small difficulty.

    Please contact me if you wish.

                              Very truly yours,

                              Robert D. Loventhal