# ROBERT D. LOVENTHAL
# LAW OFFICES

**145 Morris Lane Unit D 101**
**Lake Forest Illinois 60045**
Telephone (617) 501-8285
Email: RDLLAW99@aol.com

February 15, 2024

Honorable M. David Weisman
United States District Court
Northern District of Illinois

RE: 1:22-cv-02033
    Del Guidice v. All State Insurance

Dear Judge Weisman:

    I spoke to Mr. Ruda yesterday. I am waiting for a proposed scheduling order.

    Very truly yours,

    Robert D. Loventhal